1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JOHN KELLER,

1:16-cv-00900-JLT (HC)

12

Petitioner,

ORDER TRANSFERRING CASE TO THE
UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

13

v.

14

BAUGHMAN,

15

Respondent.

16

17    The federal venue statute requires that a civil action, other than one based on diversity

18  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

19  defendants reside in the same state, (2) a judicial district in which a substantial part of the events

20  or omissions giving rise to the claim occurred, or a substantial part of the property that is the

21  subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

22  there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

23    In this case, the petitioner is challenging a conviction from Los Angeles County, which is

24  in the Central District of California.  Therefore, the petition should have been filed in the United

25  States District Court for the Central District of California.  In the interest of justice, a federal

26  court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §

27  1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

28    Accordingly, the Court ORDERS that this matter is transferred to the United States

1

1    District Court for the Central District of California.

2

3    IT IS SO ORDERED.

4        Dated:    **June 23, 2016**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28